# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| DUPREE A. MITCHELL, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) No. 3:19-CV-2466-M-BH |
| | ) |
| DALLAS COUNTY JAIL, | ) |
| | ) |
| Defendants. | ) Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment, this action will be *sua sponte* dismissed with prejudice for failure to state a claim.

**SIGNED** this 16th day of March, 2021.

**BARBARA M. G. LYNN**
**CHIEF JUDGE**